IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES MICHAEL HINSHAW                                                                 PLAINTIFF

v.                                    Case No. 4:24-cv-01029-LPR

ANTHONY TOLBERT, et al.                                                               DEFENDANTS

## ORDER

Plaintiff James Michael Hinshaw filed this action *pro se* without paying the $405.00 filing fee or filing an Application to Proceed Without Prepayment of Fees and Affidavit.[1] On December 9, 2024, the Court entered an Order directing Mr. Hinshaw to, within 45 days, either pay the statutory filing fee or file a completed Application to Proceed Without Prepayment of Fees and Affidavit.[2] Mr. Hinshaw was warned that his failure to comply with the Order would result in the dismissal of this case.[3]

Mr. Hinshaw has not complied with, or otherwise responded to, the Court's December 9th Order, and the time for doing so has expired. Accordingly, Mr. Hinshaw's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id.*